**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DEONTE SHAW** **PLAINTIFF**

**V.** **CIVIL ACTION NO.: 3:26-cv-00488-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI;**
**SHERIFF TYREE JONES, in His Individual Capacity**
**as Sheriff of Hinds County, Mississippi;**
**WENDELL M. FRANCE, SR. in His Individual Capacity**
**as Receiver to Operate Hinds County Detention Center; AND**
**JOHN AND JANE DOES 1 -100** **DEFENDANTS**

---

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES**

---

**NOTICE** is hereby given that Plaintiff, Deonte Shaw, has this date served in the above-entitled action:

**PLAINTIFF'S INITIAL DISCLOSURES**

The undersigned retains the original of the above document as custodian thereof pursuant to the Uniform Local Rules.

**RESPECTFULLY SUBMITTED,** this the 28th of August, 2026.

DEONTE SHAW, PLAINTIFF

**BY:** /s/ Jad Jamal Khalaf
Jad Jamal Khalaf
Attorney for Plaintiff

JAD JAMAL KHALAF (MB# 104995)
AMMIE T. NGUYEN (MB# 104936)

KHALAF & NGUYEN, PLLC
Physical: 500 N. State Street
Jackson, Mississippi 39201
Mailing: Post Office Box 320067
Flowood, Mississippi 39232
Telephone: (601) 688-8888
Facsimile: (844) 350-8299
Electronic Mail: Jad@601Attorney.com
Electronic Mail: Ammie@601Attorney.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

**THIS** is to certify that I, Jad Jamal Khalaf, Counsel for Plaintiff, have this day filed the Notice of Service with the clerk of the court via ECF, which sent notice to all attorneys on record.

**FURTHERMORE,** I have electronically mailed a copy of the foregoing to all attorneys on record:

Mary McKay Griffith
Jessica S. Malone
Daniel J. Griffith
Jacks Griffith Luciano, P.A.
150 North Sharpe Avenue
Post Office 1209
Cleveland, Mississippi 38732
Telephone: 662.843.6171
Facsimile: 662.843.6176
Electronic Mail: mgriffith@jlpalaw.com
Electronic Mail: jmalone@jlpalaw.com
Electronic Mail: dgriffith@jlpalaw.com

**RESPECTFULLY SUBMITTED,** this the 28th day of August, 2026.

/s/ Jad Jamal Khalaf
JAD JAMAL KHALAF